1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  BRIGID S. MARTIN (CABN 231705)
   Assistant United States Attorney
5        1301 Clay Street, Suite 340S
         Oakland, California 94612
6        Telephone: (510) 637-3680
         FAX: (510) 637-3724
7        Brigid.Martin@usdoj.gov

8  Attorneys for the United States of America

9

                      UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                             OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,              )   NO.  CR 16-00516 HSG
14                                        )
             Plaintiff,                   )   ORDER EXCLUDING TIME
15                                        )   UNDER THE SPEEDY TRIAL ACT
         v.                               )
16                                        )
   RICHARD "Ricky" STRAIGHT,              )
17 KENNETH LEE KEMP,                      )
   JONATHAN SALEVAO,                      )
18 KELEKA MILE KAM, and                   )_
   DANIEL TAYLOR TAUFI,                   )
19                                        )
             Defendants.                  )
20                                        )
                                          )
21                                        )
                                          )
22 _____)

23        Based on the assertions and agreement of the parties at the September 11, 2017 hearing,

24 as set forth in the parties' filed Stipulation, the Court finds that failing to exclude the time

25 between September 11, 2017, and February 26, 2018, would unreasonably deny defense counsel

26 the reasonable time necessary for effective preparation, taking into account the exercise of due

27 diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that time is tolled under the

28 Speedy Trial Act once the parties' briefing on the defendants' motions are completed and

submitted to the Court for consideration. 18 U.S.C. § 3161(h)(1)(D). Finally, the Court finds that the ends of justice served by excluding the time between September 11, 2017, and February 26, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that the time between September 11, 2017, and February 26, 2018, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D) and (h)(7)(B)(iv).

DATED: September 13, 2017

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE